# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STACY M. WILLIAMS** | * | |
| **Plaintiff** | * | **CASE NO.** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **DG LOUISIANA, LLC,** | * | |
| **DOLGENCORP, LLC,** | * | **A JURY IS DEMANDED** |
| **DOLLAR GENERAL CORPORATION** | * | |
| **Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>NOTICE OF REMOVAL</u>

TO:   The Honorable Judges
      of the United States District Court
      for the Western District of Louisiana

Defendants, DG LOUISIANA, LLC, DOLGENCORP, LLC, and DOLLAR GENERAL CORPORATION (together hereinafter "Defendants"), respectfully submit this Notice of Removal of the above-styled matter, and as cause therefore shows as follows.

1.

On February 20, 2019, the attached Petition for Damages was filed in 12th Judicial District Court for the Parish of Avoyelles, State of Louisiana, entitled *Stacy M. Williams versus DG Louisiana, LLC, Dolgencorp, LLC, Dollar General Corporation* bearing case number 2019-6440 B.[1]  Dolgencorp, LLC was served on March 14, 2019.

---

[1] *See* Petition for Damages, attached as Exhibit "A".

2.

Plaintiff's Petition alleges personal injuries as a result of an incident on March 03, 2018 at the Dollar General store located in Simmesport, Avoyelles Parish, Louisiana, where she alleges that "she unknowingly stepped onto/into an unknown, foreign substance upon the floor in an isle area where store patrons would typically walk, and she was caused to violently slip and fall to the floor."[2] The Petition for Damages does not contain any information that would put Defendant on notice that the potential amount in controversy for this matter exceeds $75,000.00, exclusive of interest and costs.

3.

The Fifth Circuit Court of Appeals has established the framework for resolving jurisdictional disputes where no specific amount of damages is asserted in the Petition.[3] The removing defendant must prove, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.[4] The defendant may make this showing in two ways: (1) by demonstrating that it is "facially apparent" that the claims are likely in excess of $75,000, or (2) "by setting forth the facts in controversy – preferably in the removal petition, but sometimes by affidavit – that support a finding of the requisite amount."[5]

4.

The amount in controversy herein exceeds the sum of $75,000 exclusive of interest and costs as demonstrated by the following. First, Plaintiff's past medical specials are $29,479.96.[6]

---

[2] *See* Exhibit "A", ¶ 18.
[3] *James v. Home Depot USA, Inc.*, 2002 WL 1453824 at *1 (E.D. La. 2002) (*citing Luckett v. Delta Airlines*, 171 F.3d 295, 298 (5th Cir. 1999)).
[4] *Id.*
[5] *Id.*
[6] *See* Exhibit "B," Plaintiff's Responses to Interrogatories and Requests for Production, at p. 18.

The records show that on February 7, 2019, Plaintiff underwent a right hip trochanteric bursectomy performed by Dr. Timothy Randall.[7]  Defendants first received these medical records pertaining plaintiff's injuries and surgery on April 4, 2019, as attachments to plaintiff's discovery responses. Thus, this removal is timely.

5.

As general damages for hip injury accompanied by other injuries and surgery have historically been $50,000 and higher, the amount in controversy in this case exceeds $75,000 exclusive of interest and costs. *Mouhot v. Twelfth Street Baptist Church,* 2006-1283 (La. App. 3 Cir. 2/7/07), 949 So.2d 668 ($55,000 general damages award to plaintiff underwent hip surgery, and medical evidence indicated she made a full and quick recovery; the appellate court opined that the amount of general damages award in this case was certainly modest); *Keyworth v. Southern Baptist Hospital*, (La. App. 4 Cir. 1988), 524 So.2d 56 ($225,000 general damages award for injury requiring hip surgery); *Stirgus v. St. John the Baptist Parish School*, 13-15 (La. App. 5 Cir. 7/30/13), 121 So.3d 197 ($50,000 general damages award for hip surgery, plaintiff made a full recovery). As the past general damages awards for similar injuries and procedures either exceed the jurisdictional amount alone, or would when combined with Plaintiff's special damages, this Court should find that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6.

Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332, and this action is, therefore, removeable to this court on the basis that:

A.  The properly joined parties to this action are completely diverse:

---

[7] *Id.* at p. 62.

1. Plaintiff, Stacy Williams, is a person of full age of majority and a domiciliary of the Paris of Avoyelles, State of Louisiana (Ex. "A", Petition for Damages);

2. DG Louisiana, LLC, is a single member limited liability company whose sole member is Dolgencorp, LLC, whose sole member is Dollar General Corporation, which is incorporated and has its principal place of business in Tennessee.

3. Dolgencorp, LLC, is a single member LLC whose sole member is Dollar General Corporation, which is incorporated and has its principal place of business in Tennessee.

4. Dollar General Corporation is incorporated and has its principal place of business in Tennessee.

B. The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

8.

This is a civil action over which the United States District Court for the Western District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy exceeds $75,000.00, exclusive of interest and costs and complete diversity exists between all adverse and properly joined parties.

9.

The 12th Judicial District Court for the Parish of Avoyelles, State of Louisiana, is located within the Western District of Louisiana pursuant to 28 U.S.C. § 98(c).  Therefore, venue is proper

in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

10.

DG Louisiana, LLC prays for a jury trial on all issues.

**WHEREFORE**, removing Defendants, DG Louisiana, LLC, Dolgencorp, LLC, Dollar General Corporation (together hereinafter "Defendants"), pray that the above action now pending in the 12th Judicial District Court for the Parish of Avoyelles, State of Louisiana be removed therefrom to this Honorable Court.  Defendants additionally pray for a jury trial on all issues.

**Respectfully submitted,**

  */s/ Daniel R. McClelland*
PETER J. WANEK (23353)
TREVOR C. DAVIES (32846)
DANIEL R. MCCLELLAND (38339)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
Attorneys for Defendants, DG Louisiana, LLC,
Dolgencorp, LLC and Dollar General Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the Court's CM/ECF electronic filing system this 12th day of April, 2019.

  */s/ Daniel R. McClelland*