UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STACY WILLIAMS,<br>Plaintiff | CIVIL ACTION NO. 1:19-CV-00474 |
| VERSUS | JUDGE DRELL |
| DG LOUISIANA L.L.C., *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Williams's Motion to Remand and Motion for Attorney Fees (ECF No. 8) is DENIED.

IT IS FURTHER ORDERED that Williams's Motion to Amend (ECF No. 14) is DENIED as futile.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 27th day of January, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT