UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STACY WILLIAMS | CASE NO. 1:19-CV-00474 |
| VERSUS | JUDGE DRELL |
| D G LOUISIANA L L C ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

### 60-DAY JUDGMENT OF DISMISSAL

The Court having been advised that this matter has been settled,

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby **DENIED AS MOOT.**

THUS DONE in Chambers on this 20th day of February, 202020.

Dee D. Drell
United States District Judge